NUMBER 13-10-00010-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

THE STATE OF TEXAS, Appellant,


v.



MARCO ANTONIO RODRIGUEZ, Appellee.

____________________________________________________________


On appeal from the 404th District Court


of Cameron County, Texas.


____________________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Garza, and Benavides 


Memorandum Opinion Per Curiam



 Appellant, the State of Texas, by and through the Cameron County (District) 
Attorney, the Honorable Armando R. Villalobos, has filed a motion for dismissal of its
appeal pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure. See Tex. R. App.
P. 42.2(a). No decision of this Court having been delivered to date, we grant the motion
and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for
rehearing will be entertained, and our mandate will issue forthwith.


 PER CURIAM

Do not publish. See Tex. R. App. P. 47.2(b). 

Delivered and filed the 11th 

day of February, 2010.